UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 3 0 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:21CR00389 JAR/PLC |
| ) | |
| JOHNNY WILLIAMS SMITH and ) | |
| EMMETT CHARLES JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**INDICTMENT**
**COUNT ONE**

The Grand Jury charges that:

On or about February 1, 2021, in St. Louis City, within the Eastern District of Missouri,

**JOHNNY WILLIAMS SMITH and**
**EMMETT CHARLES JOHNSON,**

the Defendants herein, knowingly possessed ammunition, with Defendant Smith knowing he had previously been convicted in a court of law of a felony crime punishable by imprisonment for a term exceeding one year and Defendant Johnson knowing he had previously been convicted in a court of law of a felony crime punishable by imprisonment for a term exceeding one year, and the ammunition traveled in interstate or foreign commerce prior to being in the Defendants' possession.

In violation of Title 18, United States Code, Section 922(g)(1) and Section 2.

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney